DE JESÚS, RECURRRENTE, v. EL REGISTRADOR DE CAGUAS, RECURRIDO.

RECURSO gubernativo interpuesto contra nota del Registrador de la Propiedad de Caguas denegando la inscripción de una escritura de carta de pago y cancelación total de hipoteca.

No. 422.—Resuelto en diciembre 23, 1919.

CERTIFICACIÓN DEL SECRETARIO DE UNA SOCIEDAD ANÓNIMA—DOCUMENTO PÚBLICO SUFICIENTE PARA CAUSAR INSCRIPCIÓN.—Si de la certificación librada por el secretario de una sociedad anónima con el sello de ésta, en la cual se acredita el acuerdo tomado por la sociedad confiriendo facultades al gerente de la misma para otorgar una escritura de carta de pago y cancelación total de hipoteca, aparece que el secretario autorizante ha sido identificado como tal por un notario, tal certificación es un documento público suficiente a los efectos de inscripción de la escritura a que la misma se refiere aunque no haya sido transcrita en ella.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Andrés Mena.*

El registrador recurrido, Sr. Pedro Gómez Lasserre, no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Este caso se distingue de los dos anteriores porque el vendedor no es una corporación sino una sociedad anónima. En él el notario denomina su acto un *affidavit* pero como no está jurado es más bien una certificación corriente al final de la cual el notario da fe acerca de todo lo que precede. El sello de la sociedad también aparece por el valor que pueda tener. El secretario fué suficientemente identificado por el notario y dicho secretario certifica respecto a la autorización de Castro González para otorgar la escritura a nombre de la sociedad.

El secretario ha sido pues, suficientemente identificado. El registrador tuvo ante si la autorización original procedente de la sociedad más bien que una manifestación de un notario de que la autorización necesaria le había sido presen-

tada mediante acuerdo o minutas de la sociedad debidamente transcritos.

La nota recurrida debe ser revocada.

> *Revocada la nota recurrida y ordenada la inscripción solicitada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.